In the Matter of the Accounting of WILLIAM J. RILEY, as Administrator of the Estate of JOHN MARTIN, Deceased.

WILLIAM J. RILEY, Individually and as Administrator, et al., Appellants; DENNIS GREELEY et al., Respondents.

(Submitted February 26, 1906; decided March 6, 1906.)

Motion for re-argument denied, with ten dollars costs. (See 183 N. Y. 576.)

---

GEORGE W. COE, Respondent, v. MARY PATTERSON et al., as Administrators of the Estate of THOMAS G. PATTERSON, Deceased, Appellants, Impleaded with Another.

*Coe* v. *Patterson,* 108 App. Div. 360, appeal dismissed.
(Submitted February 26, 1906; decided March 6, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 9, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the judgment appealed from does not finally determine the action and that no appeal has been allowed therefrom.

*John Van Voorhis & Sons* for motion.

*Pierre M. Brown* opposed.

Motion granted and appeal dismissed, without costs, and case remitted to the Appellate Division as undecided for its determination of the appeal from a final judgment at Special Term.